## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH CARBONI, a Minor, by and<br>Through Her Parents and next<br>Friends, BRANDIE CARBONI and<br>STEPHEN CARBONI,<br><br>Plaintiff,<br><br>vs.<br><br>MARY LANNING MEMORIAL<br>HOSPITAL ASSOCIATION,<br>REBECCA WORDEN, M.D., and<br>MOSCATI HEALTH CENTER, P.C.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **8:07CV308**<br><br>**SCHEDULING ORDER** |

A telephone conference was held on January 3, 2008 regarding the progression of this case.  As discussed and agreed during the conference,

**IT IS ORDERED:**

1.    Plaintiff shall effect service of the Amended Complaint [67] on Rebecca Worden, M.D. and Moscati Health Center, P.C., and shall serve notice on the Nebraska Attorney General no later than **February 4, 2008.**

2.    All counsel shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and provide to the court a report of their conference no later than **April 10, 2008.**  Upon receipt of the parties' planning report, the court will schedule another planning conference.

**DATED January 3, 2008.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**