# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH CARBONI,  )  )  Plaintiff,  )  )  vs.  )  )  MARY LANNING MEMORIAL  )  HOSPITAL ASSOCIATION, et al.,  )  )  Defendants.  ) | 8:07CV308  CERTIFICATE PURSUANT TO  28 U.S.C. § 2403 |

To:   The Honorable Jon Bruning
      Attorney General of the State of Nebraska

On behalf of this Court and pursuant to 28 U.S.C. § 2403 (b), I certify that in this case there is drawn into question the constitutionality of Nebraska Hospital Medical Liability Act, Neb. Rev. Stat. § 44-2801, et seq., which are statutes affecting the public interest.

The Attorney General may intervene in this matter within the time allowed by Fed. R. Civ. P. 5.1(c).

**DATED January 3, 2008.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**