## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH CARBONI, A Minor,<br>By and Through Her Mother and Next<br>Friend, BRANDIE CARBONI,<br><br>Plaintiff,<br><br><br>MARY LANNING MEMORIAL HOSPITAL<br>ASSOCIATION, REBECCA WORDEN,<br>M.D., and MOSCATI HEALTH CENTER,<br> P.C.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO:  07CV308<br><br><br>**MOTION TO AMEND<br>COMPLAINT TO<br>CLARIFY CLAIM FOR<br>FUTURE MEDICAL<br>EXPENSE FOR THE<br>CHILD** |

COMES NOW the Plaintiff in the above captioned action and hereby

seeks to Amend the Complaint to clarify this action is brought to recover all

expenses related to medical/health care provided after the child has reached the

age of majority (in Nebraska age 19).

Defense counsel has been informed, agrees, and has no objection.

A copy of Plaintiff's proposed Amended Complaint is provided herewith, and

marked as Exhibit A. WHEREFORE, Plaintiff requests that the Court grant leave

to Amend to clarify the claim for future medical expenses.

Dated this 16th day of July, 2008.

SARAH CARBONI, A Minor, By and Through
Her Mother and Next Friend, Brandie Carboni
Plaintiffs


By:   s/Ronald J. Palagi
        RONALD J. PALAGI #13206
        THE LAW OFFICES OF
        RONALD J. PALAGI, P.C.
        3131 South 72nd Street
        Omaha, NE 68124
        (402) 397-5000

        LAURA BROWN
        Williams, Squires, Brown and Gilliland
        7901 Fish Pond Road
        Waco, Texas  76710
        (254) 741-6200

        Attorneys For Plaintiffs


# CERTIFICATE OF SERVICE

I hereby certify that on July 16th 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.


By:   s/ Ronald J. Palagi
        RONALD J. PALAGI, #13206
        FOR THE LAW OFFICES OF
        RONALD J. PALAGI, P.C.
        3131 South 72nd Street
        Omaha, Nebraska  68124
        (402) 397-5000
        Attorneys for Plaintiff