# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH CARBONI, a Minor, by and Through Her Parents and next Friends, BRANDIE CARBONI and STEPHEN CARBONI, )))))<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARY LANNING MEMORIAL HOSPITAL ASSOCIATION, REBECCA WORDEN, M.D., and MOSCATI HEALTH CENTER, P.C., )))))<br><br>Defendants. ) | 8:07CV308<br><br>ORDER |

Upon review of the proposed pleading, and considering counsel's representation that there is no objection,

**IT IS ORDERED** that plaintiff's Motion to Amend Complaint [121] is granted, as follows:

1. Plaintiff is given until and including July 30, 2008 to file and serve the amended complaint.

2. Defendants shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

**DATED July 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**