IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH CARBONI, A Minor, By and Through her Parents and Next Friends, BRANDIE CARBONI and STEPHEN CARBONI, | |
| Plaintiff, | Case No. 8:07cv308 |
| vs. | |
| MARY LANNING HOSPITAL, REBECCA WORDEN, MOSCATI HEALTH CENTER, P.C., | ORDER |
| Defendants. | |

Upon notice of settlement through mediation given to the magistrate judge by Joseph Mueller, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 25, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for July 24, 2008, is cancelled upon the representation that this case is settled.

Dated this 24th day of July 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge