UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH CARBONI, A Minor, By and Through Her Parents and Next Friends, BRANDIE CARBONI and STEPHEN CARBONI,<br><br>Plaintiffs,<br><br>v.<br><br>MARY LANNING MEMORIAL HOSPITAL ASSOCIATION, REBECCA WORDEN, M.D., and MOSCATI HEALTH CENTER, P.C.,<br><br>Defendants. | CASE NO. 8:07CV308<br><br><br><br>ORDER |

This matter is before the Court on the Plaintiffs' Request for Relief (Filing No. 135). On July 24, 2008, upon notification of a mediated settlement in this case, Magistrate Judge Gossett ordered the parties to file a joint stipulation for dismissal by August 25, 2008 (Filing No. 124). The deadline was extended to October 1, 2008, in response to the Plaintiffs' Motion for Extension of Deadline (Filing No. 128). The Plaintiffs contend that completion of the final settlement has been delayed due, in part, "to hurricanes and other weather related matters which have caused delays in the ability of Plaintiffs' Louisiana attorneys to prepare and execute certain documents." (Filing No. 135).[1] Plaintiffs further inform the Court that they are unaware of any objection by the Defendant to the requested relief. Accordingly,

---

[1] The Court is uncertain as to the identity of "Plaintiff's Louisiana attorneys." The attorneys of record for the Plaintiffs in this case are from Omaha, Nebraska, and Waco, Texas. However, the Court notes that, according to their Complaint (Filing No. 1), the Plaintiffs reside in Lake Charles, Louisiana.

IT IS ORDERED:

1.      The Plaintiffs' Request for Relief (Filing 135) shall be granted; and

2.      The parties' shall electronically file a joint stipulation for dismissal or a joint status report on or before December 8, 2008.

Dated this 9th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge