IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH CARBONI, A Minor,<br>By and Through Her Parents and Next<br>Friends, BRANDI CARBONI &<br>STEPHEN CARBONI,<br><br>       Plaintiff,<br><br>v.<br><br>MARY LANNING MEMORIAL<br>HOSPITAL, REBECCA WORDEN, M.D.<br>and MOSCATI HEALTH CENTER, P.C.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 07 CV 308<br><br><br><br><br>STIPULATION TO DISMISS,<br>WITH PREJUDICE |

COMES NOW the parties hereto, by and through their respective counsel of record, and, pursuant to F.R.C.P. 41(a)(1)(ii), hereby stipulate to the dismissal of this action as to all defendants, with prejudice.

| | |
|---|---|
| SARAH CARBONI, A Minor By and<br>Through Her Parents and Next Friends,<br>BRANDI CARBONI & STEPHEN<br>CARBONI, Plaintiff,<br><br>By: /s/Ronald J. Palagi<br>The Law Offices of Ronald J. Palagi, P.C.<br>3131 South 72nd Street<br>Omaha, NE 68124<br>       -and-<br>Laura Brown<br>Dale Williams<br>Williams, Squires, Brown and Gilliland<br>7901 Fish Pond Road<br>Waco, TX 76710 | MARY LANNING HOSPITAL, Defendant,<br><br>By: /s/ Mark E. Novotny<br>     LAMSON, DUGAN and MURRAY, LLP<br>     10306 Regency Parkway Drive<br>     Omaha, NE  68114<br>     men@ldmlaw.com |

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com

REBECCA WORDEN, M.D. and
MOSCATI HEALTH CENTER, P.C.,
Defendant

By: /s/William L. Tannehill
Wolfe Snowden
1248 O Street, Suite 830
Lincoln, NE 68508-1474

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to of such filing to the following:

| | |
|---|---|
| Ronald J. Palagi | Laura Brown |
| The Law Offices of | Dale Williams |
| Ronald J. Palagi, P.C. | Williams, Squires, Brown and Gilliland |
| 3131 South 72nd Street | 7901 Fish Pond Road |
| Omaha, NE 68124 | Waco, TX 76710 |
| | |
| William L. Tannehill | |
| Wolfe Snowden | |
| 1248 O Street, Suite 830 | |
| Lincoln, NE 68508-1474 | |

s/Mark E. Novotny

443798

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com