IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH CARBONI, A Minor, By and Through Her Parents and Next Friends, BRANDI CARBONI and STEPHEN CARBONI,<br><br>Plaintiff,<br><br>v.<br><br>MARY LANNING MEMORIAL HOSPITAL ASSOCIATION, REBECCA WORDEN, M.D., and MOSCATI HEALTH CENTER, P.C.,<br><br>Defendants. | CASE NO. 8:07CV308<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 137). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation (Filing No. 137) is approved, and the relief requested therein is granted;

2. The Amended Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge